IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD KELLER &** <br> **DEBORAH KELLER** | **PLAINTIFFS** |
| v. | **CAUSE NO. 1:24CV188-LG-BWR** |
| **JOHN NEWSOM &** <br> **ENTERPRISE LEASING** <br> **COMPANY-SOUTH CENTRAL,** <br> **LLC** | **DEFENDANTS** |

### ORDER REQUIRING CERTAIN PARTIES TO FILE RULE 7.1(a)(2) DISCLOSURE STATEMENT

Defendant John Newsom removed this case from the Circuit Court of Jackson County, Mississippi, to this Court on the basis of diversity jurisdiction on April 30, 2024. The Federal Rules of Civil Procedure require the parties to a lawsuit filed in federal court on the basis of diversity jurisdiction to file a disclosure statement that names and identifies the citizenship "of every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7.1(a)(2).

Each party was required to file this statement "with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b). Since all of the parties have made an appearance in this case, the Court finds that parties should now be required to provide disclosure statements addressing their citizenship. Only Defendant Enterprising Leasing Company-South Central, LLC filed a Disclosure adequately disclosing its citizenship. [28]. The Court further reminds the parties that citizenship, not residence, is the pertinent inquiry for determining diversity of citizenship. *See J.A. Masters Invs. v.*

*Beltramini*, 117 F.4th 321, 322 (5th Cir. 2024) ("While the underlying pleadings mentioned the *residence* of each party, they did not specifically identify the *citizenship* of each party—a common yet unfortunate mistake when invoking a federal court's diversity jurisdiction."). Therefore, assertions of diverse residencies do not settle the diversity of citizenship inquiry.

**IT IS THEREFORE ORDERED AND ADJUDGED** that, on or before **November 7, 2024**, the Plaintiffs and Defendant John Newsom must file disclosure statements pursuant to Fed. R. Civ. P. 7.1(a)(2).

**SO ORDERED AND ADJUDGED** this the 1st day of November, 2024.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE